Julius Marqusee v. Roger Williams Fire and Marine Insurance Company. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary Harrington, as Administratrix, etc., v. Old Dominion Steamship Company.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Aaron Etra v. Moses Ablowitz and Others.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edmund O. Austin v. St. Marks Restaurant Company.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Berenice Y. Rosenthal v. Samuel A. Singerman.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Robert H. Wood v. Romanta T. Miller and Others.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Israel Schiff and Others v. Max J. Kramer.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Jane E. W. Maloney, as Administratrix, etc., v. The City of New York and Others.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Antonio B. d'Altomonte v. New York Herald Company.— Motion granted, and questions certified.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Grant Squires, as Executor, etc., v. Lucia Di M. Salzano.— Application granted, and order resettled; appellant to have costs and disbursements of the appeal.  Order to be settled on notice.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.